JS - 6/ENTER

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| ERIC DARNELL COOK, | Case No. CV CV 12-10183-R (MLG) |
| Petitioner, | JUDGMENT |
| v. | |
| ANTHONY HEDGPETH, Warden, | |
| Respondent. | |

IT IS ADJUDGED that the petition is dismissed without prejudice.

Dated: __Dec. 20, 2012__

_____
Manuel L. Real
United States District Judge